IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY EASTER                                                                PLAINTIFF

v.                                    CIVIL NO. 06-2159

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                  DEFENDANT

# MEMORANDUM OPINION

Plaintiff Kimberly Easter filed this action on September 7, 2006, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (Doc. # 1). Instead of answering the complaint, on November 14, 2006, defendant filed a motion requesting plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. # 9). Defendant states in her motion, that the recordings of the hearings held on April 14, 2005, and February 23, 2006, can not be located at this time. Thus, she requests that this court remand the case for a de novo hearing.

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint. 42 U.S.C. §405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625 (1993). In the present case, an answer has not been filed and we find good cause exists to support defendant's request for remand.

Based on the foregoing, we hereby grant defendant's motion and remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g)

DATED this <u>17th</u> day of November 2006.

<u>/s/ Honorable Beverly Stites Jones</u>
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE