IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY EASTER                                                     PLAINTIFF

v.                    CIVIL NO. 06-2159

JO ANNE B. BARNHART, Commissioner
Social Security Administration                           DEFENDANT

## **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 17th day of November 2006.

                                                        /s/ Beverly Stites Jones
                                                        HON. BEVERLY STITES JONES
                                                        UNITED STATES MAGISTRATE JUDGE